IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RAY MILLER                                                                                    PLAINTIFF

v.                                        CASE NO.  5:08-cv-05048

SHERIFF KEITH FERGUSON;
CAPT.  HUNTER PETRAY;
DEPUTY FAULKENBERRY;
DEPUTY ROBBINS;
DEPUTY HADLEY;
DEPUTY MONROE;
DEPUTY WELLS;
DEPUTY AYERS                                                                                         DEFENDANTS

**O R D E R**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before July 21, 2008.  Plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 21th day of May 2008.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE