IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT RAY MILLER                                                    PLAINTIFF

v.                                    CASE NO.  5:08-cv-05048

SHERIFF KEITH FERGUSON;
CAPT.  HUNTER PETRAY;
DEPUTY FAULKENBERRY;
DEPUTY ROBBINS;
DEPUTY HADLEY;
DEPUTY MONROE;
DEPUTY WELLS;
DEPUTY AYERS                                                    DEFENDANTS

**O R D E R**

Now before the Court are Defendants' Motion to Compel and Motion to Dismiss.  (Docs. 21, 23).  Defendants seek to Compel Plaintiff's responses to discovery.  Defendants also seek to dismiss the case for Plaintiff's failure to update his address.  Mail has been returned to the Defendants, and they have been unable to serve Plaintiff with their Motion for Summary Judgment and supporting documents.

The Court notes the returned mail attached to the Affidavit of Service (Doc.  24, Ex.  1) for the Motion for Summary Judgment show the correct name, inmate number, facility and post office box of the address of record for Plaintiff.  However, there is no city, state, or zip code on the address. The returned mail is simply marked "return to sender."  It is not indicated that Plaintiff is no longer at that address.  Records available from the Arkansas Department of Corrections show Plaintiff to still be at the address of record with the Court.  Moreover, the Court has not received any returned mail.  Accordingly, Defendants' Motion to Dismiss (Doc.  23) is DENIED.  Defendants are redirected to attempt service of their returned pleadings via mail sent to the complete address of

record.  Defendants may renew their Motion in the event mail to the complete address is returned.

As to Defendants' Motion to Compel, that Motion (Doc. 21) is hereby GRANTED.  The Court has previously corresponded with the Plaintiff regarding his need to answer the discovery propounded to him by the Defendants.

**Plaintiff is ordered to respond to Defendants' requests for discovery on or before 5:00 pm on September 22, 2008.  Plaintiff is advised that if he fails to comply with the Court's Order that the Defendants may move for dismissal of this case based on the Plaintiff's failure to prosecute the action and Plaintiff's failure to obey an Order of the Court.  Defendants may seek any amendments to their Motion for Summary Judgment as are appropriate given Plaintiff's responses to discovery.**

IT IS SO ORDERED this 22nd day of August 2008.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE