**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ROBERT RAY MILLER**                                                              **PLAINTIFF**

**v.**                          **Civil No. 08-05048**

**SHERIFF KEITH FERGUSON,**
**ET AL.**                                                                   **DEFENDANTS**

### O R D E R

NOW on this 17th day of March 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #36) in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation of the Magistrate Judge, plaintiff's complaint is hereby **dismissed**.

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**